FILED
OCT 13 2022
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| LC WARD, JR., *Plaintiff*, | § § § | |
| v. | § § | No. MO:20-CV-00259-DC |
| ROCKWATER ENERGY SOLUTIONS, *Defendant*. | § § § § | |

# VERDICT

**Question 1**

Mr. Ward has the burden of proof on this question.

**QUESTION**: Did Mr. Ward have a disability?

Answer "YES" or "NO": __YES__

If you answered "YES," then answer Question 2. If you answered "NO," then answer Question 4.

**Question 2**

Mr. Ward has the burden of proof on this question.

**QUESTION**: Did Rockwater fail to reasonably accommodate Mr. Ward's disability?

Answer "YES" or "NO": __NO__

If you answered "YES," then answer Question 3. If you answered "NO," then answer Question 4.

**Question 3**

Rockwater has the burden of proof on this question.

**QUESTION**: Did Mr. Ward's requested accommodation impose an undue hardship on the operation of Rockwater's business?

Answer "YES" or "NO": __N-t__

Please answer Question 4.

**Question 4**

    Mr. Ward has the burden of proof on this question.

    **QUESTION**: Was Mr. Ward regarded as having a disability?

    Answer "YES" or "NO": __NO__

If you answered "YES," then answer Question 5. If you answered "NO," proceed to Question 6.

**Question 5**

    Mr. Ward has the burden of proof on this question.

    **QUESTION**: Has Mr. Ward proved that Rockwater terminated Mr. Ward because of being regarded as having a disability?

    Answer "YES" or "NO": _____

Proceed to Question 6.

**Question 6**

    Please answer Question 6 if you answered "YES" to Question 2 and "NO" to Question 3, or if you answered "YES" to Question 5. Otherwise, do not answer any more questions and sign the verdict form. Mr. Ward has the burden of proof on this question.

    **QUESTION**: What sum of money, if paid now in cash, would fairly and reasonably compensate Mr. Ward for the damages, if any, you have found Rockwater caused Mr. Ward?

    Answer in dollars and cents for the following items and none other:

1. Back pay and benefits: __$101,639.50__

2. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life: __N/A__.

3. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life: __N/A__.

Please answer Question 7.

**Question 7**

Rockwater has the burden of proof on this question.

**QUESTION**: Do you find that Mr. Ward failed to reduce his damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of his termination on February 27, 2020?

Answer "YES" or "NO": __NO__.

If you answered "YES," then answer Question 8. If you answered "NO," then answer Question 9.

**Question 8**

Rockwater has the burden of proof on this question.

**QUESTION**: How much would Mr. Ward have earned had he exercised reasonable diligence under the circumstances to minimize his damages?

Answer in dollars and cents, if any: _____

Please answer Question 9.

**Question 9**

Mr. Ward has the burden of proof on this question.

**QUESTION**: Do you find Mr. Ward should be awarded punitive damages?

Answer "YES" or "NO": __NO__

If you answered "YES," then answer Question 10. If you answered "NO," then do not answer Question 10 and sign the verdict form.

**Question 10**

Mr. Ward has the burden of proof on this question.

**QUESTION**: What sum of money should be assessed against Rockwater as punitive damages?

Answer in dollars and cents: _____N/A_____

Please sign the verdict form.

### CERTIFICATE

Our verdict is unanimous. All of us have agreed to each and every answer. The presiding juror has signed the certificate for all of us as set forth below.



Signature of Presiding Juror                Printed Name of Presiding Juror