# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| LC WARD, JR., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | No. MO:20-CV-259-DC |
| § | |
| ROCKWATER ENERGY SOLUTIONS, § | |
| § | |
| *Defendant*. § | |

## FINAL JUDGMENT

On October 11, 2022, trial of this case began. Plaintiff LC Ward, Jr. ("Plaintiff") appeared and through his attorney announced ready for trial. Defendant Rockwater Energy Solutions, LLC ("Defendant") appeared and through its attorneys announced ready for trial. The Court had jurisdiction over the subject matter of the action and the parties in the case and a jury was duly selected, sworn, and impaneled.

The jury heard the evidence and arguments of counsel. Plaintiff and Defendant rested their respective cases on October 13, 2022, and the Court submitted a charge to the jury containing definitions, instructions, and questions. On the evening of October 13, 2022, the jury returned a unanimous verdict on the questions presented, which the Court received, filed, and entered of record. The jury's verdict along with all stipulations of record are incorporated herein by reference.

In light of the jury's verdict, the Court **FINDS** Defendant Rockwater Energy Solutions, LLC is entitled to final judgment on all claims presented.

It is hereby **ORDERED** that Plaintiff LC Ward, Jr. take nothing by his suit, that the action be dismissed on its merits, and that Defendant Rockwater Energy Solutions, LLC recover its costs from Plaintiff LC Ward, Jr.

It is further **ORDERED** that this take nothing judgment in favor of Defendant Rockwater Energy Solutions, LLC is effective as to all claims filed in this action by Plaintiff LC Ward, Jr.

It is further **ORDERED** that all costs are charged to Plaintiff LC Ward, Jr. and all relief not specifically granted herein is expressly denied.

It is finally **ORDERED** that this is a final judgment that disposes of all claims and parties and execution shall issue for this judgment as permitted by law.

It is so **ORDERED**.

SIGNED this 28th day of October, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE